# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH HYUNGSEOP SHIM, | ) | NO. CV 25-00968-MWF (KS) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| R. MORALES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the March 6, 2025 Order to Show Cause re Dismissal, the First Amended Petition, the April 30, 2025 Report and Recommendation of United States Magistrate Judge, the May 21, 2025 Amended Report and Recommendation of United States Magistrate Judge ("Amended Report"), and all records herein. The period for filing objections has passed and no objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Amended Report. Accordingly, IT IS ORDERED that: (1) the Petition is DISMISSED as an unauthorized second or successive petition under 28 U.S.C. § 2244(b)(2); and (2) Judgment shall be entered dismissing this action without prejudice.

IT IS SO ORDERED.

DATED: August 14, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge