JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH HYUNGSEOP SHIM, | ) | NO. CV 25-00968-MWF (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| R. MORALES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 14, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge